UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 18-12368-RGS

BENITO RIVERA

v.

AUSA ANNE PARUTI

# **FINAL ORDER OF DISMISSAL**

In accordance with the Memorandum and Order dated November 21, 2018, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Date: 11/21/2018   /s/ Richard G. Stearns
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE